PW:AA
F. #2004R01030

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RONALD WASHINGTON,
    also known as "Tenad,"
    "Chris Gibbs" and
    "Mark White,"

             Defendant.

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§
922(g)(1), 924(e)(1),
1951(a) and
3551 et seq.)

- - - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

## COUNT ONE
(Felon-in-Possession of Ammunition)

On or about August 9, 2002, within the Eastern District of New York and elsewhere, the defendant RONALD WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White," having previously been convicted in a court of three crimes, each punishable by imprisonment for a term exceeding one year, two constituting a violent felony and one constituting a serious drug offense, committed on occasions different from one another, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: a .40 caliber Smith & Wesson shell manufactured by Remington Peters.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 et seq.)

## COUNT TWO
(Hobbs Act Robbery)

On or about October 22, 2002, within the Eastern District of New York and elsewhere, the defendant RONALD WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White," did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce by robbery of Hollis Wine and Liquor, located at 204-13 Hollis Avenue, Queens, New York, a store that sold wines and liquors that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT THREE
(Hobbs Act Robbery)

On or about November 22, 2002, within the Eastern District of New York and elsewhere, the defendant RONALD WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White," did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce by robbery of Elayne's Beauty Salon, located at 205-31 Hollis Avenue, Queens, New York, a store that sold beauty products that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FOUR
(Hobbs Act Robbery)

On or about November 24, 2002, within the Eastern District of New York and elsewhere, the defendant RONALD WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White," did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce by robbery of Burger King, located at 179-08 Hillside Avenue, Queens, New York, a store that sold food prepared from products that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT FIVE
(Hobbs Act Robbery)

On or about December 6, 2002, within the Eastern District of New York and elsewhere, the defendant RONALD WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White," did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in

4

commerce by robbery of Bravo Supermarket, located at 199-11 Hollis Avenue, Queens, New York, a store that sold groceries that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK.

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

Case 1:05-cr-00558-NG   Document 1   Filed 07/21/05   Page 5 of 7 PageID #: 5

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case:     United States v. Ronald Washington

2. Related Docket Number(s): _____

   None ( )

3. Arrest Date: _____

4. Nature of offense(s):  X   Felony
                          ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (XX)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?                (X) Yes  (⌧) No

9. Have arrest warrants been ordered?                       ( ) Yes  (XX) No

10. Is a capital count included in the indictment?          ( ) Yes  (XX) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:  s/ Adam Abensohn
     Adam Abensohn
     Assistant U.S. Attorney
     (718) 254-6143

# United States District Court
For The
Eastern District of New York

United States of America

Vs.

Ronald Washington
a.k.a.
"Tenad", "Chris Gibbs" and
"Mark White"

No. _____ CR.

I, the undersigned foreman of the Grand Jury of this court, at the 2/23/04 Term begun and held at Brooklyn, New York on the 21st Day of July AD 2005 in pursuance of Rule 6 (c) of the Federal Rules of Criminal Procedures, and herein file with the Clerk of the Court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record shall not to be made public except on order of the court, to wit:

_____15_____ Grand Jurors Concurring

_____
Foreman signature