**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**UNITED STATES OF AMERICA**

**OPINION AND ORDER**
-v-
05-CR-558 (NG)

**RONALD WASHINGTON, also known as**
**"Tenad," "Chris Gibbs" and "Mark White,"**

**Defendant.**
-------------------------------------------------------------x
**GERSHON, United States District Judge:**

On August 22, 2006, defendant Ronald Washington filed a motion to suppress two pre-trial identifications, arguing that the photo array shown to the witnesses was unduly suggestive. The suppression motion was referred to Magistrate Judge Robert M. Levy for a report and recommendation. On November 3, 2006, Judge Levy issued a Report and Recommendation, recommending that defendant's motion to suppress be denied. Defendant has filed objections to the report and recommendation. After reviewing the report and recommendation, defendant's objections, and the original pictures shown in the photo array, I adopt Judge Levy's report and recommendation in its entirety. Accordingly, defendant's motion to suppress is denied.

          **SO ORDERED.**

          _____/s/_____
          **NINA GERSHON**
          **United States District Judge**

Dated: November 17, 2006
      Brooklyn, New York