RF:AA
F. #2004R01030

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RONALD WASHINGTON,
    also known as "Tenad,"
    "Chris Gibbs" and
    "Mark White,"

            Defendant.

- - - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  NOV 16 2006  ★

BROOKLYN OFFICE

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 05-558 (S-1) (NG)
(T. 18, U.S.C., §§
1951(a) and
3551 et seq.)

THE GRAND JURY CHARGES:

## COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about and between October 22, 2002 and December 9,
2002, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant RONALD
WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"
together with others, did knowingly and intentionally conspire to
obstruct, delay and affect commerce, and the movement of articles
and commodities in commerce, by robbery, to wit: the robbery of
commercial businesses and business persons in New York City, Long
Island and elsewhere.

(Title 18, United States Code, Sections 1951(a) and 3551
et seq.)

## COUNT TWO
(Hobbs Act Robbery)

On or about October 22, 2002, within the Eastern
District of New York and elsewhere, the defendant RONALD
WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"
did knowingly and intentionally obstruct, delay and affect
commerce, and the movement of articles and commodities in
commerce, by robbery of Hollis Wine and Liquor, located at 204-13
Hollis Avenue, Queens, New York, a store that sold wines and
liquors that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551
et seq.)

## COUNT THREE
(Hobbs Act Robbery)

On or about November 22, 2002, within the Eastern
District of New York and elsewhere, the defendant RONALD
WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"
did knowingly and intentionally obstruct, delay and affect
commerce, and the movement of articles and commodities in
commerce, by robbery of Elayne's Beauty Salon, located at 205-31
Hollis Avenue, Queens, New York, a store that sold beauty products
that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551
et seq.)

## COUNT FOUR
(Hobbs Act Robbery)

On or about November 24, 2002, within the Eastern

District of New York and elsewhere, the defendant RONALD

WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"

did knowingly and intentionally obstruct, delay and affect

commerce, and the movement of articles and commodities in

commerce, by robbery of Burger King, located at 179-08 Hillside

Avenue, Queens, New York, a store that sold food prepared from

products that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551

et seq.)

## COUNT FIVE
(Hobbs Act Robbery)

On or about November 26, 2002, within the Eastern

District of New York and elsewhere, the defendant RONALD

WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"

did knowingly and intentionally obstruct, delay and affect

commerce, and the movement of articles and commodities in

commerce, by robbery of Wendy's, located at 65 Hempstead Turnpike,

West Hempstead, New York, a store that sold food prepared from

products that were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551

et seq.)

## COUNT SIX
### (Hobbs Act Robbery)

On or about December 4, 2002, within the Eastern

District of New York and elsewhere, the defendant RONALD

WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"

did knowingly and intentionally obstruct, delay and affect

commerce, and the movement of articles and commodities in

commerce, by robbery of Stop & Shop, located at 605 Woodfield

Road, Lakeview, New York, a store that sold groceries that were

purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551

et seq.)

## COUNT SEVEN
### (Hobbs Act Robbery)

On or about December 6, 2002, within the Eastern

District of New York and elsewhere, the defendant RONALD

WASHINGTON, also known as "Tenad," "Chris Gibbs" and "Mark White,"

did knowingly and intentionally obstruct, delay and affect

commerce, and the movement of articles and commodities in

5

commerce, by robbery of Bravo Supermarket, located at 199-11

Hollis Avenue, Queens, New York, a store that sold groceries that

were purchased in interstate commerce.

(Title 18, United States Code, Sections 1951(a) and 3551

et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY:

ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD.34
JUN.85

No. 2004R01030

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

THE UNITED STATES OF AMERICA

vs.

RONALD WASHINGTON, a/k/a "Tenad",
"Chris Gibbs" and "Mark White,"

Defendant(s).

## SUPERSEDING
## INDICTMENT

**CR 05-0558(S-1) (NG)**

(T. 18, U.S.C., §§ 1951(a) and 3551 et seq.

A true bill.

_____
                                    Foreman

Filed in open court this _____ day.

Of _____ A.D. 19 _____

_____
                                    Clerk

Bail, $ _____

_____

ADAM ABENSOHN, AUSA (718) 254-6143

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 1 6 2006 ★

BROOKLYN OFFICE

USAO# _____

1.  Title of Case:   United States v. Ronald Washington, Cr. No. 05-558 _____

2.  Related Magistrate Docket Number(s)     _____

        None ( )

3.  Arrest Date: _____

4.  Nature of offense(s):  X    Felony
                           ☐    Misdemeanor

5.  Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):_____

6.  Projected Length of Trial:    Less than 6 weeks    (X)
                                  More than 6 weeks    ( )

7.  County in which crime was allegedly committed: QUEENS, NASSAU AND SUFFOLK
    pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment been ordered sealed?            ( ) Yes  (X) No

9.  Have arrest warrants been ordered?                  ( ) Yes  (X) No

10. Is a capital count included in the indictment?      ( ) Yes  (X) No

                              ROSLYNN R. MAUSKOPF
                              UNITED STATES ATTORNEY

                       By: _____
                              Adam Abensohn
                              Assistant U.S. Attorney
                              (718) 254-6143

Rev. 10/01/03