

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*One Pierrepont Plaza
Brooklyn, New York  11201*

*Mailing Address:*   *147 Pierrepont Street*
Brooklyn, New York  11201

March 26, 2007

**By Hand and ECF**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

       Re:  United States v. Ronald Washington,
            Criminal Docket No. 05-CR-558 (NG)

Dear Judge Gershon:

      Enclosed, as a "Rider," please find names and places that we expect will be mentioned during the presentation of evidence in the trial.

      The government is represented by Assistant U.S. Attorneys Adam Abensohn and Sean Haran.  The agents that will help present the evidence are Special Agent Brian Nugent of the Federal Bureau of Investigation and Detective Jamie Campbell of the New York Police Department.

                            Respectfully yours,

                            ROSLYNN R. MAUSKOPF
                            UNITED STATES ATTORNEY

                By:  _____
                     Adam Abensohn
                     Sean Haran
                     Assistant U.S. Attorneys
                     (718) 254-6143/6176

cc:  Richard Shanley, Esq. (By Hand)

RIDER

<u>Names</u>

    Ronald Washington, also known as "Chris Gibbs," "Mark White" and "Tinard"
    Nahla Ali
    Deneen Bellman
    Flor Bonilla
    Bernard Bracey
    Anabel Castellano
    Rosa Frias
    Bonita Jones
    Kenneth Jordan, also known as "Bugsy"
    Hoa Lam
    Vadyawattie Lalbehari
    Imelda Cardines-Lee
    Daynia McDonald
    Manuel Palacios
    Sigfredo Perez
    Lynnette Ramsaroop
    Erika Rivas
    Ernest Williams, also known as "La La"
    Det. Thomas Carvin, NYPD
    Det. Michael Culver, NYPD
    P. O. Michael Hearn, Floral Park PD
    P. O. Kenneth Kratochvil ("Krattoville"), Floral Park PD
    Det. William Lauria, Floral Park PD
    Det. John Nedd, Nassau County PD
    Special Agent Brian Nugent, FBI
    Police Officer Michael Seville
    Sgt. Robert Shirley, NYPD
    Det. Doug Sorenson, Nassau County PD
    Det. Frank Viola, NYPD

<u>Places and Locations</u>

    <u>Queens</u>

    Bravo Supermarket, 199-11 Hollis Avenue, Hollis, Queens
    Burger King Restaurant, 179-08 Hillside Avenue, Queens
    Elayne's Hair Salon, 205-31 Hollis Avenue, Hollis, Queens
    Hollis Wine and Liquors, 204-13 Hollis Avenue, Hollis, Queens

    <u>Nassau</u>

    Courtesy Hotel, Hempstead Avenue, W. Hempstead
    Floral Park Motor Lodge, 30 Jericho Tpke., Floral Park
    Stop 'n Shop Supermarket, Lakeview
    Wendy's Restaurant, 65 Hempstead Turnpike, W. Hempstead

<u>Manhattan</u>

123rd Street and Morningside Avenue