

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

March 22, 2007

<u>By Hand</u>

Richard Shanley, Esq.
328 Flatbush Avenue, #352
Brooklyn, NY
11238

  Re: <u>United States v. Ronald Washington</u>
    <u>Criminal Docket No. 05-558 (NG)</u>

Dear Mr. Shanley:

  The government makes the following disclosures. Although we do not believe that any of the enclosed material constitutes "<u>Brady</u> material," pursuant to <u>Brady v. Maryland</u>, 405 U.S. 150 (1972), we are disclosing it to you out of an abundance of caution.

  In this respect, please find copies of the investigative files for the following robberies: the robbery of Hollis Wine and Liquors on or about October 22, 2002; the robbery of Elayne's Creation Hair Salon on or about November 22, 2002; the robbery of Burger King on or about November 24, 2002; the robbery of the Stop 'N Shop supermarket on or about November 26, 2002; and the robbery of the Bravo supermarket on or about December 6, 2002.

     We will provide notice of <u>Brady</u> material if and when we identify it.

                                    Very truly yours,

                                    ROSLYNN R. MAUSKOPF
                                  UNITED STATES ATTORNEY

                    By:  _____
                          Sean Haran
                          Assistant U.S. Attorney

cc:  Clerk of Court (NG)(By ECF) (w/o enclosures)