**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**UNITED STATES OF AMERICA**

                **-v-**

**RONALD WASHINGTON, also known as
"Tenad," "Chris Gibbs" and "Mark White,"**

             **Defendant.**
-----------------------------------------------------------x

**ORDER
05-CR-558 (NG)**

**GERSHON, United States District Judge:**

On April 5, 2007, in open court, defendant requested that he be sentenced immediately and that the Probation Department neither conduct a presentence investigation nor prepare a presentence report regarding his impending sentence. Because I am unable to meaningfully exercise my sentencing authority under 18 U.S.C. § 3553 based on the limited information contained in the record, defendant's request is denied. The Probation Department is hereby ordered to conduct a presentence investigation and prepare a presentence report in accordance with Rule 32 of the Federal Rules of Criminal Procedure.

                                              **SO ORDERED.**

                                            _____/s/_____
                                            **NINA GERSHON
                                            United States District Judge**

Dated: April 5, 2007
         Brooklyn, New York