RECEIVED
JUL 6 2020
BROOKLYN PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2020 ★
BROOKLYN OFFICE

Ronald Washington
Reg. #68635-053
P.O. Box 3000
Pine Knot KY 42635

United States District Court
For the Eastern District of
New York  225 Cadman Plaza East
Brooklyn New York 11201

From: Ronald Washington  Case No: 05-558
Re: 18 U.S.C. § 3582 (c)(1)(A)(i)

I am formally requesting the opportunity commenned through the "Frist Step Act" to be immediately released to home confinement.

The Frist Step Act expanded sentencing courts discretion to reduce sentences based on "Extraordinary and Compelling Reasons" under 18 U.S.C. § 3582 (c)(1)(A)(i). The Covid-19 pandemic unquestionably constitutes "extraordinary and compelling reasons.

The Centers for Disease Control and Prevention has identified persons over the age 60, as well as persons with High Blood Pressure Hep-C Respiratory Problems

and compromised immune systems as facing special danger from Covid-19.

My medical history as recorded at U.S.P McCreary and in the community, for which Doctors have treated me, satisfy this statement of "Extraordinary and Compelling Reasons" under 18 U.S.C. § 3582(c)(1)(A)(i)

Also for the court to have the discretion to modify or reduced my sentence, I have to exhaust all remedies available in the B.O.P For the foregoing reasons, I asked the Warden to determine if I am eligible for a sentence reduction and to be among those who qualified of immediate home confinement due to the Covid-19

Thank you for you time
Respectfully Submitted!!

Ronald Washington
REG:# 68635-053
U.S.P McCreary
P.O Box 3000
Pine Knot, KY 42635

United States District Court
For The Eastern District of New York

CASE NO: CR 05-558

Ronald Washington
 (Petitioner)

vs.

United States of America

Motion For Appointment of Counsel

Petitioner moves this Honorable Court for the Appointment of Counsel To Effectively Litigate The Motion of Release to Home Confinement Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i)

I Ronald Washington are not an Attorney or legally sophisticated to litigate without the assistance of Counsel. I'm not financially able to have an Attorney and appointment of Counsel now will enable the Attorney to fully grasp the Sincerity and Authenticity of Petitioners Motion

BASED UPON the FORE Going, I Ronald Washington PRAys this Honorable Court will Appoint Cancel

Pursuant to 28 U.S.C. § 1746, I Declare under Penalty of Perjury that I have READ the ForeGoing And the Facts Stated in it ARE True.

*Ronald Washington*
Ronald Washington



**Name** Ronald Washington
Reg No. 68635-037
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377
30 JUN 2020 PM 1 L

CLERK of U.S District Court
EAstern District of New York
225 cadman Plaza East
Brooklyn New York 11201

11201-188699