

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:ADW

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2020

By ECF

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ronald Washington
              Criminal Docket No. 05-558 (NG)

Dear Judge Gershon:

      The government respectfully submits this letter to request an extension of time to respond to defendant Ronald Washington's pro se motion for compassionate release, which was filed on July 7, 2020. On July 8, 2020, Your Honor issued an order directing the government to file a response to the defendant's motion by July 22, 2020. The government failed to file its response to the motion by that deadline. The undersigned attorney was assigned to the case today and immediately entered a notice of appearance. The government respectfully requests an extension to August 14, 2020 to allow the government sufficient time to review the defendant's motion, obtain and review the underlying file in this matter and any other necessary materials, and draft an appropriate response.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/ Andrew Wang
      Andrew Wang
      Assistant U.S. Attorney
      (718) 254-6311

cc:    Ronald Washington, pro se petitioner (by U.S. mail)