

U.S. Department of Justice

United States Attorney
Eastern District of New York

WK:ADW
F. #2020V01003

271 Cadman Plaza East
Brooklyn, New York 11201

August 6, 2020

By ECF

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ronald Washington
             Criminal Docket No. 05-558 (NG)

Dear Judge Gershon:

      The government respectfully submits this letter to request an additional extension of time to respond to defendant Ronald Washington's pro se motion for compassionate release, until August 21, 2020. On August 1, 2020, the Court granted an earlier request by the government to extend its response deadline until August 14, 2020. The government thanks the Court for its attention to this request for a one-week extension.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/ Andrew Wang
      Andrew Wang
      Assistant U.S. Attorney
      (718) 254-6311

cc:    Ronald Washington (by U.S. mail)